**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **BUCHANAN LOGISTICS, INC.,** *Plaintiff,* | § § § § § § § § § § § | |
| | | **CIVIL CASE NO. 4:25-CV-04860-KPE JURY DEMANDED** |
| **v.** | | |
| **SAMSON FABRICATORS, LLC,** *Defendant.* | | |

---

**DEFENDANT SAMSON FABRICATORS, LLC'S
SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY**

---

**COMES NOW, DEFENDANT, SAMSON FABRICATORS, LLC, ("Defendant")** in the above-entitled and numbered cause and files this *Defendant Samson Fabricators, LLC's Suggestion of Bankruptcy and Notice of Automatic Stay.* In support thereof, Defendant would respectfully show unto the Court as follows:

1.  Defendant has filed under Chapter 7 of the Bankruptcy Code now pending in the United States Bankruptcy Court for the Southern District of Texas, under Case Number 26-80171, commenced on March 13, 2026.

2.  Defendant is the Debtor, and in such proceedings an automatic stay under 11 U.S.C.A. § 362 is in operation, the effect of which, among other things restrains and enjoins the Plaintiff and all creditors from commencing or continuing any judicial proceedings against the Debtor, the property, or property interests of the Debtor that arose before the commencement of the bankruptcy proceedings. Furthermore, any action against Debtor without obtaining, from the Bankruptcy

Court, relief from the automatic stay, is void *ab initio*, and may result in a finding of contempt for violation of the automatic stay.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Defendant above-named suggests there exists a necessity for the observance of the Stay Order under Section 362 of the Bankruptcy Code (11 U.S.C.A. § 362) thereby staying these proceedings against Defendant, Samson Fabricators, LLC, in its entirety until such time as the proceedings above-mentioned have been terminated and for such other and further relief which the Defendant may show themselves entitled.

DATED: March 18, 2026                              Respectfully submitted,

By: /s/ *Lema Mousilli*
LEMA MOUSILLI
Attorney-in-charge
Texas State Bar No. 24056016
SDTX Federal ID No. 1358290
**MOUSILLI LAW, PLLC**
11807 Westheimer Road
Suite 550, PMB 624
Houston, TX 77077
Tel: (281) 305-9313
lema@mousillilaw.com
service@mousillilaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service on this **March 18, 2026**, via *electronic filing manager* as follows:

/s/ *Lema Mousilli*
Lema Mousilli